### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

---

**LABERTHA MILTON,**

    **Plaintiff,**

vs.                                                               No. 2:19-CV-02422-JTF-tmp

**DELVIN RUSSELL**                                    **JURY DEMANDED**

    **Defendant**

---

### STIPULATION OF VOLUNTARY DISMISSAL
---

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses all her claims against Delvin Russell, ("Defendant") in the above-styled cause of action without prejudice. Each party will bear their own discretionary costs and attorney's fees.

    Respectfully submitted,

    ESKINS, KING, & MARNEY, PC

By:    /s James E. King, Jr.
    James E. King, Jr. (#21219)
    *Attorney for Plaintiff*
    200 Jefferson, Suite 1510
    Memphis, TN 38103
    (901) 578-6902 – Telephone
    jking@eskinsking.com

By:    /s/ P. Craig Grinstead
    P. CRAIG GRINSTEAD.
    THE GRINSTEAD LAW FIRM, PLLC
    44 North Second Street
    Memphis, TN 38103

By:  /s/ Angela Cirina Kopet, Esq.
COPELAND, STAIR, KINGMA & LOVELL
735 Broad St., Ste. 1204
Chattanooga, TN 37402
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically served via the Court's CM/ECF notification service upon the following counsel of record for Defendant:

Angela Cirina Kopet, Esq.
COPELAND, STAIR, KINGMA & LOVELL
735 Broad St., Ste. 1204
Chattanooga, TN 37402

DATE: This the 25th day of May, 2021.

/s/ James E. King, Jr.
JAMES E. KING, JR.