# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **LABERTHA MILTON** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:19-cv-02422-JTF-tmp |
| ) | |
| **DELVIN RUSSELL** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is Plaintiff Labertha Milton's Stipulation of Voluntary Dismissal without prejudice, filed on May 25, 2021. (ECF No. 61.) The Court, being duly advised, finds that all claims asserted by Plaintiff against Defendant are **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Each party shall itself bear all costs and attorney fees.

**IT IS SO ORDERED** this 26th day of May 2021.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge
