**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| LABERTHA MILTON ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 2:19-cv-02422-JTF-tmp |
| DELVIN RUSSELL ) | |
| ) | |
| Defendant. ) | |
| ) | |

# JUDGMENT

**DECISION BY COURT**.  This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice in accordance with the Order of Dismissal filed on May 26, 2021.  (ECF No. 62.)

## APPROVED:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                                    THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE                            CLERK


May 26, 2021                                            s/LaFonda Willis_____
DATE                                                    (BY) LAW CLERK